```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 15681
    VIRGINIA REYNOSO
                                             CHAPTER 13

                                             JUDGE: MANUEL BARBOSA

            Debtor
    SSN XXX-XX-0433
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/18/08.

2. The case was dismissed without confirmation, 11/06/2008.

3. The Debtor paid a total of $ 16000.00.

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HSBC AUTO FINANCE | SECURED VEHIC | .00 | .00 | 2455.00 |
| NUVELL CREDIT COMPANY LL | SECURED | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | 2460.00 |
| ACTIVITY COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CBA COLLECTION BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CFS FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | SECURED | .00 | .00 | 297.00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| LANE BRYANT | UNSECURED | NOT FILED | .00 | .00 |
| MCYDSNB | UNSECURED | NOT FILED | .00 | .00 |

```
MERRICK BANK                UNSECURED      NOT FILED              .00           .00
PROGRESSIVE INSURANCE       UNSECURED      NOT FILED              .00           .00
CITIBANK                    UNSECURED      NOT FILED              .00           .00
TARGET                      UNSECURED      NOT FILED              .00           .00
WFNNB/HARLEM FURNITURE      UNSECURED      NOT FILED              .00           .00
ROUNDUP FUNDING LLC         UNSECURED      NOT FILED              .00           .00
```

Summary of disbursements:

|                    | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL   |
|--------------------|---------:|---------:|----------:|------:|--------:|
| TOTAL CLMS ALLOWED |      .00 |      .00 |       .00 |   .00 |     .00 |
| PRINCIPAL PAID     |  5212.00 |      .00 |       .00 |   .00 | 5212.00 |
| INTEREST PAID      |      .00 |      .00 |       .00 |   .00 |     .00 |
| TOTAL PAID         |  5212.00 |      .00 |       .00 |   .00 | 5212.00 |

The Debtor's attorney, JOSEPH P DOYLE             , was allowed $        .00
and was paid $        .00 .

The Trustee received $     291.69 .

Refunds to the Debtor totaled $   10496.31 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/10/09                   /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE




                          PAGE   2
         CASE NO. 08 B 15681 VIRGINIA REYNOSO